**Order entered September 17, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01366-CR

## DAVID GARCIA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 1
### Dallas County, Texas
### Trial Court Cause No. F18-52886-H

## ORDER

Before the Court is appellant's September 16, 2019 third motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **October 14, 2019**. If appellant's brief is not filed by October 14, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/    LANA MYERS
        JUSTICE